# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2013

*The Court of Appeals hereby passes the following order*

**A13D0347. IN THE INTEREST OF: K. H., K. H., K. H., JR., K. H., AND K. H.,
CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2012J0555 2012J0556 2012J0557 2012J0558 2012J0559



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 20, 2013.*

*I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*, Clerk.*